# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Michael Beatty | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 3:17-cv-01001 |
| Accident Fund General Insurance Company, et | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of   American Zurich Insurance Company and Zurich American Insur  .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of   Illinois  . The state and federal bar numbers issued to me are:   6203705  .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  10/13/17
Date

Signature of Movant

311 S. Wacker Dr., 30th Floor
Street Address

Robert M. Baratta, Jr.
Printed Name

Chicago, Illinois 60606
City, State, Zip