# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Michael E. Beatty, M.D. d/b/a The Southern Illinois Plastic & Hand Surgery )
)
*Plaintiff(s)* )
v. ) Case Number: 3:17-cv-01001-NJR-DGW
Accidental Fund General Insurance Co., et al )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice

to the United States District Court for the Southern District of Illinois in order to appear as counsel

of record in this case on behalf of  Country Mutual Insurance Company                                    .

In support of this motion, I state:

1.      I am an attorney licensed to practice law and a member in good standing in the

State(s) of  Louisiana and Texas                                    . The state and federal bar numbers issued

to me are:  17630 (LA) and 24033750 (TX)                      .

2.      I am familiar with the law, facts, and procedures relating to the subject matter of this

litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  10/19/2017
Date

Signature of Movant

201 St. Charles Ave., Ste. 2700
Street Address

Sessions Ault Hootsell III
Printed Name

New Orleans, LA 70170
City, State, Zip