# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Michael E. Beatty, M.D. d/b/a The Southwestern Illinois Plastic & Hand Surgery Associates, Individually and as the representative of a class )
)
*Plaintiff(s)* )
v. ) Case Number: 3:17-cv-01001
Accident Fund General Insurance Company, et. al )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Commerce and Industry Ins. Co., Illinois National Ins. Co, Insurance Co. of the State of Pennsylvania, and New Hampshire Ins. Co.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of New York and New Jersey. The state and federal bar numbers issued to me are: 2571834 (New York) and 41071992 (New Jersey).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Oct 19, 2017              /s/ Adam J. Kaiser
Date                                  Signature of Movant

90 Park Ave, 15th Floor              Adam J. Kaiser
Street Address                        Printed Name

New York, NY 10016
City, State, Zip