# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| Michael E. Beatty, M.D., et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:17-cv-01001 |
| Accident Fund General Insurance Co., et al. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  see attached                                                   .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Ohio                              . The state and federal bar numbers issued to me are: 0079266                    .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Nov 6, 2017
          Date
                                                                          Signature of Movant
Baker & Hostetler LLP
200 Civic Center Drive, Ste. 1200                                 Rand L. McClellan
          Street Address                                                 Printed Name

Columbus, Ohio 43215
          City, State, Zip

Appear as counsel of record in this case on behalf of:

Defendants Liberty Mutual Insurance Company and First Liberty Insurance Corporation.