IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL E. BEATTY, M.D., d/b/a THE SOUTHWESTERN ILLINOIS PLASTIC & HAND SURGERY ASSOCIATES, individually and as the Representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ACCIDENT FUND GENERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 3:17-cv-01001-NJR-DGW |

## DEFENDANTS' JOINT NOTICE OF NEW AUTHORITY IN SUPPORT OF THE OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants, through their undersigned attorneys, submit the following New Authority in Support of Their Omnibus Motion to Dismiss (Dkt. No. 223):

1. On April 26, 2018, after the oral argument on Defendants' Joint Motion to Dismiss for failure to state a claim, the Illinois Appellate Court published its opinion in *Medicos Pain and Surgical Specialists, S.C. v. Travelers Indemnity Company of America*, 2018 IL App (1st) 162591, ¶19 (April 26, 2018), applying the holding in *Marque Medicos Fullerton, LLC v. Zurich Am. Ins. Co.*, 83 N.E.3d 1027 (Ill. App. Ct. 2017), to affirm a dismissal with prejudice of a common law promissory estoppel claim where, as here the gravamen of the action was to recover statutory interest under Section 8.2(d) of the Illinois Workers' Compensation Act. Attached herein as Exhibit 1 is a copy of the opinion in *Medicos Pain and Surgical Specialists*.

2. The *Medicos Pain and Surgical Specialists* opinion provides additional support for the arguments in support of Defendants' Joint Motion to Dismiss Plaintiff's Class Action Complaint as set forth in Sections I.B. (The Outcome of the Recent *Medicos* Litigation Confirms

301736822v2 1003524

Defendants' Interpretation of IWCA Section 8.2(d)), III.A. (Beatty's Inability to State a Claim Against the Defendants Under the IWCA Requires Dismissal of His ICFA Claim) and III.C. ("The Federal Courts Are Not a Forum for the Recognition of Novel State Law Claims") of the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. 224).

WHEREFORE, Defendants respectfully request that this Honorable Court consider this supplemental authority in support of the pending Defendants' Joint Motion to Dismiss Plaintiff's Class Action Complaint, and for such further relief as the Court deems just and proper.

Dated: May 1, 2018

301736822v2 1003524

Respectfully submitted,

| | |
|---|---|
| **HINSHAW & CULBERTSON LLP** | **ALSTON & BIRD LLP** |
| By: /s/ *Richard B. Polony*<br>151 North Franklin, Suite 2500<br>Chicago, IL 60606<br>rpolony@hinshawlaw.com | By: /s/ *Adam J. Kaiserz (with consent)*<br>90 Park Avenue, 15th Floor<br>New York, NY 10016<br>adam.kaiser@alston.com |
| *Counsel for Broadspire Services, Inc. and Gallagher Bassett Services, Inc.* | Shane Blackstone<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>sblackstone@winston.com |
| | *Counsel for Commerce and Industry Insurance Company, Illinois National Insurance Co., The Insurance Company of the State of Pennsylvania, and New Hampshire Insurance Company* |
| **ELENIUS FROST & WALSH** | **BROWN & JAMES** |
| By: /s/ *Daniel M. Hinkle (with consent)*<br>333 South Wabash Avenue, 25th Floor<br>Chicago, IL 60604<br>daniel.hinkle@cna.com | By: */s/ Denise Baker-Seal (with consent)*<br>525 W. Main Street, Suite 200<br>Belleville, IL 62220<br>dbaker-seal@bjpc.com |
| *Counsel for American Casualty Company of Reading, Pennsylvania and Continental Casualty Company (improperly named in the Complaint as "Continental Casualty Company, Inc.")* | *Counsel for Tristar Insurance Group, Inc.* |

301736822v2 1003524

| | |
|---|---|
| **DENTONS US LLP** | **DENTONS US LLP** |
| By: /s/ *Steven M. Levy (with consent)*<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>steven.levy@dentons.com | By: /s/ *Sarah Carlson (with consent)*<br>One Metropolitan Square<br>211 North Broadway, Suite 3000<br>St. Louis, MO 63102<br>sarah.carlson@dentons.com |
| *Counsel for Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Inc., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Midwest, and Hartford Underwriters Insurance Company* | *Counsel for Sentry Casualty Company* |
| **GREENSFELDER, HEMKER & GALE, P.C.** | **GREENSFELDER, HEMKER & GALE, P.C.** |
| By: /s/ *Abby L. Risner (with consent)*<br>10 South Broadway, Suite 2000<br>St. Louis, MO 63102<br>alr@greensfelder.com | By: /s/ *John C. Drake (with consent)*<br>10 South Broadway Street, Suite 2000<br>St. Louis, MO 63102<br>rld@greensfelder.com |
| *Counsel for Old Republic Insurance Company And PMA Companies* | *Counsel for Cochran Management Services, Inc.* |
| **DLA PIPER LLP (US)** | **HINSHAW & CULBERTSON LLP** |
| By: /s/ *Joseph A. Roselius (with consent)*<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>joseph.roselius@dlapiper.com | By: /s/ *Mark D. Bauman*<br>521 West Main Street, Suite 300<br>Belleville, IL 62222<br>mbauman@hinshawlaw.com |
| *Counsel for Constitution State Services, LLC and Travelers Property Casualty Company of America (improperly named in the Complaint as "Travelers Property & Casualty Company of America")* | *Counsel for Chubb indemnity Insurance Company, Indemnity Insurance Company of North America, and ESIS, Inc.* |

301736822v2 1003524

| | |
|---|---|
| **HINKHOUSE WILLIAMS WALSH LLP**<br><br>By: /s/ *David M. Dolendi (with consent)*<br>180 North Stetson, Suite 3400<br>Chicago, IL 60601<br>ddolendi@hww-law.com<br><br>*Counsel for Sedgwick Claims Management Services* | **BUTLER SNOW LLP**<br><br>By: /s/ *Joseph F. Welborn III (with consent)*<br>The Pinnacle at Symphony Place<br>150 Third Avenue South, Suite 1600<br>Nashville, TN 37102<br>joe.welborn@butlersnow.snow<br><br>*Counsel for Country Mutual Insurance Company* |
| **DYKEMA GOSSETT PLLC**<br><br>By: /s/ *Lori A. McAllister (with consent)*<br>201 Townsend Street, Suite 900<br>Lansing, MI 48933<br>lmcallister@dykema.com<br><br>*Counsel for Amerisure Mutual Insurance Company and Auto Owners Insurance Company* | **FREEBORN & PETERS LLP**<br><br>By: /s/ *Robert M. Baratta Jr. (with consent)*<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>bbaratta@freeborn.com<br><br>*Counsel for American Zurich Insurance Company and Zurich American Insurance Company* |
| **JOHNSON & BELL, LTD.**<br><br>By: /s/ *Glenn F. Fencl (with consent)*<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>fenclg@jbltd.com<br><br>*Counsel for Acuity, A Mutual Insurance Company* | **BAKER & HOSTETLER LLP**<br><br>By: /s/ *Rodger L. Eckelberry (with consent)*<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH 43215<br>reckelberry@bakerlaw.com<br><br>*Counsel for The First Liberty Insurance Corporation and Liberty Mutual Insurance Company* |
| **CLYDE & CO US LLP**<br><br>By: /s/ *David Cutter (with consent)*<br>55 West Monroe Street, Suite 3000<br>Chicago, IL 60603<br>david.cutter@clydeco.us<br><br>*Counsel for General Casualty Company of Wisconsin and QBE Insurance Corporation (improperly named in the Complaint as "QBE Insurance Company")* | **COZEN O'CONNOR P.C.**<br><br>By: /s/ *Wendy N. Enerson (with consent)*<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>wenerson@cozen.com<br><br>*Counsel for Berkshire Hathaway Homestate Insurance Company* |

301736822v2 1003524

| | |
|---|---|
| **TRIBLER ORPETT & MEYER P.C.**<br><br>By: /s/ *Mitchell A. Orpett (with consent)*<br>225 West Washington Street, Suite 2550<br>Chicago, IL 60606<br>maorpett@tribler.com<br><br>*Counsel for Creative Risk Solutions, LLC and Fireman's Fund Insurance Company* | **SANDBERG PHOENIX & VON GONTARD P.C.**<br><br>By: /s/ *John Sandberg (with consent)*<br>600 Washington Avenue, 15th Floor<br>St. Louis, MO 63101<br>jsandberg@sandbergphoenix.com<br><br>*Counsel for Accident Fund General Insurance Company, Accident Fund Insurance Company of America, and Accident Fund National Insurance Company* |
| **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>By: /s/ *Beth Ann Berger (with consent)*<br>550 West Adams Street, Suite 300<br>Chicago, IL 60661<br>bethann.berger@lewisbrisbois.com<br><br>*Counsel for Federated Mutual Insurance Company* | **GOLDBERG SEGALLA, LLP**<br><br>By: /s/ *John M. Allen (with consent)*<br>8000 Maryland Avenue, Suite 640<br>St. Louis, MO 63105<br>jallen@goldbergsegalla.com<br><br>*Counsel for Synergy Insurance Company* |
| **BLACK, BALLARD, MCDONALD, P.C.**<br><br>By: /s/ *Jerome E. McDonald (with consent)*<br>108 South Ninth Street<br>P.O. Box 4007<br>Mt. Vernon, IL 62864<br>jmcdonald@illinoisfirm.com<br><br>*Counsel for Pekin Insurance Company* | |

301736822v2 1003524

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2018, I electronically filed the foregoing **Defendants' Joint Notice of New Authority in Support of the Omnibus Motion to Dismiss for Failure to State a Claim** with the Clerk of the U.S. District Court, Southern District of Illinois, using the CM/ECF system reflecting service of same on all counsel of record.

By: /s/ Richard B. Polony