IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MICHAEL E. BEATTY, M.D. d/b/a THE SOUTHWESTERN ILLINOIS PLASTIC & HAND SURGERY ASSOCIATES, individually and as the Representative of a class of similarly-situated persons,<br><br>               Plaintiffs,<br><br>vs.<br><br>ACCIDENT FUND GENERAL INSURANCE COMPANY, *et al*.<br><br>               Defendants. | Cause No. 3:17-cv-01001-NJR-DGW |

**RESPONSE TO DEFENDANTS' NOTICE OF NEW AUTHORITY IN SUPPORT OF THE OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

    Defendants' "new authority"[1] is not novel. Like *Marque Medicos*,[2] it is inapposite. It does not involve an ICFA unfairness claim. And its holding is simple: there is no implied private right of action for interest under the Illinois Workers' Compensation Act, because the interest provision is primarily for the benefit of employees. Thus, like *Marque Medicos*, it actually confirms that Defendants' unfair practices harm consumers and, therefore, confirms that Plaintiff meets the ICFA's consumer nexus test. In other words, the interest provision and other Illinois' public policies encouraging timely and full payments to healthcare providers are primarily for the benefit of consumers. Thus, Defendants' concerted, ongoing practices of withholding payment and then failing to pay interest harm consumers, implicate consumer protection concerns, and are addressed to the market generally.

---

[1] *Medicos Pain and Surgical Specialists, S.C. v. Travelers Indemnity Co. of Am.,* 2018 IL App (1st) 162591 (April 26, 2018).
[2] *Marque Medicos Fullerton, LLC v. Zurich Am. Ins. Co.,* 83 N.E.3d 1027 (Ill. App. Ct. 2017).

1

Not only do *Marque Medicos* and *Medicos Pain* explain how Dr. Beatty's claim meets the consumer nexus test, the cases also help demonstrate why Dr. Beatty sufficiently alleged an ICFA unfair practices claim: 1) Defendants' scheme is immoral, unethical, oppressive, or unscrupulous; 2) the scheme substantially injures consumers by increasing prices, reducing access to care, and subjecting consumers to liability; and 3) the scheme offends public policy as expressed in the IWCA, the Department of Insurance Bulletin, Illinois case law, and Defendants' own insurance policies which, by statute, require Defendants to pay their insureds' total liability including the payment of interest to healthcare providers.

DATED:  May 3, 2018                                                     Respectfully submitted,

                                                               By:     */s/ Benjamin R. Askew*
                                                                       John G. Simon, #6195127
                                                                       Kevin M. Carnie, Jr. #6298290
                                                                       Benjamin R. Askew, #6291366
                                                                       The Simon Law Firm, P.C.
                                                                       800 Market Street, Suite 1700
                                                                       St. Louis, Missouri  63101
                                                                       jsimon@simonlawpc.com
                                                                       kcarnie@simonlawpc.com
                                                                       baskew@simonlawpc.com
                                                                       Phone:  (314) 241-2929
                                                                       Facsimile:  (314) 241-2029

                                                                       Robert H. Wendt, *Pro Hac Vice*
                                                                       The Wendt Law Firm
                                                                       1015 Locust Street, Suite 1036
                                                                       rwendt@wendtlawfirm.com
                                                                       Phone: (314) 588-0097

                                                                       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I electronically filed Plaintiff's Response to Defendants' Notice of New Authority with the Clerk of the Court for the United States District Court, Southern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the Southern District CM/ECF system.

*/s/ Benjamin R. Askew*