# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Michael E. Beatty., et al. | ) |
| *Plaintiff(s)* | ) |
| v. | )   Case Number:   3:17-cv-01001 |
| Accident Fund General Insurance Co., et al. | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  see attached                                            .

In support of this motion, I state:

1.     I am an attorney licensed to practice law and a member in good standing in the State(s) of  Ohio                                  . The state and federal bar numbers issued to me are:  0087933                                  .

2.     I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.


Signed on: Aug 16, 2018
Date

200 Civic Center Drive, Ste. 1200
Street Address

Columbus, Ohio 43215
City, State, Zip

Signature of Movant

Douglas A. Vonderhaar
Printed Name

Appear as counsel of record in this case on behalf of:

Defendants Liberty Mutual Insurance Company and First Liberty Insurance Corporation.