**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| MICHAEL E. BEATTY, M.D. d/b/a THE SOUTHWESTERN ILLINOIS PLASTIC & HAND SURGERY ASSOCIATES, individually and as the Representative of a class of similarly-situated persons, | ) | Case No. 3:17-cv-01001 |
| Plaintiffs, | ) | |
| vs. | ) | Hon. Nancy J. Rosenstengel |
| ACCIDENT FUND GENERAL INSURANCE COMPANY, *et al*. | ) | |
| Defendants. | ) | |

**DR. BEATTY'S RULE 56(d) MOTION**

Dr. Beatty, pursuant to Federal Rule of Civil Procedure 56(d), moves the Court to deny or defer considering Country Mutual Insurance Company's Motion for Summary Judgment to allow the parties time to conduct discovery on the issues raised by the pending Motion. In support, Dr. Beatty attaches a Rule 56(d) affidavit explaining why discovery is necessary to present facts essential to justify his opposition to the pending Motion. **Exhibit 1**, *Rule 56(d) Affidavit*.

WHEREFORE, Dr. Beatty respectfully requests this Court grant his Rule 56(d) Motion, deny or defer considering Country Mutual Insurance Company's Motion for Summary Judgment to allow discovery, and for any further relief the Court deems just and proper.

**THE SIMON LAW FIRM, P.C.**

DATED: October 9, 2018

By: */s/Patrick R. McPhail*

John G. Simon, #6195127
Kevin M. Carnie, Jr. #6298290
Benjamin R. Askew, #6291366
Patrick R. McPhail, #6328571
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
jsimon@simonlawpc.com
kcarnie@simonlawpc.com
baskew@simonlawpc.com
pmcphail@simonlawpc.com
Phone: (314) 241-2929
Facsimile: (314) 241-2029

Robert H. Wendt, *Pro Hac Vice*
The Wendt Law Firm
1015 Locust Street, Suite 1036
rwendt@wendtlawfirm.com
Phone: (314) 588-0097
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018, I electronically filed Dr. Beatty's Rule 56(d) Motion with the Clerk of the Court for the United States District Court, Southern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the Southern District CM/ECF system.

*/s/ Patrick R. McPhail*