# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Michael E. Beatty, M.D., P.C., d/b/a The Southwestern Illinois Plastic & Hand Surgery Associates, Individually and as the representative of a class )
*Plaintiff(s)* )
v. ) Case Number: 3:17-cv-01001
Accident Fund General Insurance Company, et. al )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Commerce and Industry Ins. Co., Illinois National Ins. Co, Insurance Co. of the State of Pennsylvania, and New Hampshire Ins. Co.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of New York. The state and federal bar numbers issued to me are: 5236062, JS8846 (SDNY), and JS8846 (EDNY).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Dec 5, 2018         /s/ Joanna H. Schorr
Date                            Signature of Movant

90 Park Avenue                  Joanna H. Schorr
Street Address                  Printed Name

New York, NY
City, State, Zip