IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL E. BEATTY, M.D., P.C. d/b/a THE SOUTHWESTERN ILLINOIS PLASTIC & HAND SURGERY ASSOCIATES, individually and as the Representative of a class of similarly-situated persons and entities,<br><br>    Plaintiffs,<br>vs.<br><br>ACCIDENT FUND GENERAL INSURANCE COMPANY, et al.<br><br>    Defendants. | NO: 3:17-cv-01001 |

**NOTICE OF REVISED SETTLEMENT AGREEMENT**

Plaintiff submits this notice to inform the Court that the parties have revised the class-action settlement agreement (the "Revised Settlement Agreement") previously submitted to the Court on March 16, 2020 (the "Original Settlement Agreement," Dkt. 505-1).

In light of the ongoing public health emergency arising from the COVID-19 pandemic, Plaintiff agreed to allow additional time (thirty days) for Defendants to prepare the materials necessary to identify class members and their claims that may be covered by the class settlement. That will result in the deadlines for the provision of Class Notice[1] and claims administration to be extended by thirty days as well. The Revised Settlement Agreement and Appendix E are attached as Exhibits 1 and 2. Redlines showing the changes made to the Original Settlement Agreement and Appendix E are attached as Exhibits 3 and 4. No other changes were made.

More specifically, the Parties initially agreed that Defendants would have sixty days from the date on which the Court preliminarily approves the Settlement to "provide Plaintiff and all

---

[1] All capitalized terms have the meaning ascribed to them in the Revised Settlement Agreement (Exhibit 1).

other Defendants with a spreadsheet(s) identifying all known potential claims" ("Claims Data"). Dkt. 505-1, ¶ 56. With the new thirty additional days, Defendants would have ninety days to provide their Claims Data. Plaintiff's counsel understands from Defendants' counsel that preparing the Claims Data will be time-consuming, as it not only requires Defendants to identify, pull, and organize their own data and information, but also requires Defendants to work with many non-party third-party administrators who handled claims on their behalf to produce relevant and necessary information in support of the Settlement.

Once the Claims Data is compiled, that information will be used to identify Class Members to whom notice must be sent. Defendants have thirty days after the Claims Data is due to send notice to the class. Dkt. 505-2, ¶ 58.

Given the COVID-19 pandemic, which has caused many businesses to close or otherwise restricted their resources, the Parties have agreed to permit Defendants an additional thirty days to collect and produce Defendants' Claims Data. Under the Revised Settlement Agreement, therefore, Defendants will now have a total of ninety days to provide Defendants' Claim Data. Ex. 1, ¶ 56. To maintain the proportional amount of time between the production of Defendants' Claim Data and the provision of Class Notice, the Revised Settlement Agreement provides that Class Notice will be sent one-hundred-twenty days from the date the Court preliminarily approves the Settlement (still thirty days after Defendants' Claim Data is due). Ex. 1, ¶ 58.

Additionally, Defendants agreed to pay the approved attorneys' fees and costs and expenses to Class Counsel as well as the named Plaintiff's incentive award within seven days of the Effective Date of the Revised Settlement Agreement (a decrease from the previous thirty day time frame). Ex. 1 ¶¶ at 116, 119; Dkt. No. 505-2 at ¶ 116, 119.

Other than the foregoing, there are no other changes to the Original Settlement Agreement.


Dated: April 2, 2020					Respectfully submitted,

							**THE SIMON LAW FIRM, P.C**.

							*/s/ Benjamin R. Askew*
							John G. Simon, #35231
							Benjamin R. Askew, #58933
							Kevin M. Carnie, Jr., #60979
							Patrick R. McPhail, #70242
							800 Market Street, Suite 1700
							St. Louis, MO 63101
							Phone: 314-241-2929
							Fax: 314-241-2029
							jsimon@simonlawpc.com
							baskew@simonlawpc.com
							kcarnie@simonlawpc.com
							pmcphail@simonlawpc.com

							Robert H. Wendt, Pro Hac Vice
							The Wendt Law Firm
							1015 Locust Street, Suite 1036
							rwendt@wendtlawfirm.com
							Phone: 314-588-0097
							*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the Southern District CM/ECF system.


							*/s/ Benjamin R. Askew*
							Benjamin R. Askew